UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONTIA VIVERETTE,<br><br>      Plaintiff,<br><br>   -against-<br><br>EXPERIAN,<br><br>      Defendant. | 21-CV-6989 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 21, 2022, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 21, 2022
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge